UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ORESTES CABRERE ALFONSO,
A-074-124-585,

        Petitioner,

    v.

CHRISTOPHER CHESNUT, et. al.,

        Respondents.

No.  1:26-cv-00113-DC-DMC-HC

ORDER

Pending before the Court is Petitioner's appointed attorney's motion to withdraw. See ECF No. 24. The undersigned previously appointed counsel for Petitioner, ECF No. 6, and the District Judge entered judgment on May 11, 2026, ECF No. 14.

In the motion, Attorney Victor Nasser indicates that

Should Petitioner seek further legal assistance, Petitioner is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Petitioner.

ECF No. 24.

Having reviewed the notice and found that attorney Victor Nasser has completed the services for which he was appointed, the Court hereby grants attorney Victor Nasser's request for leave to withdraw as petitioner counsel in this matter.

/ / /

1

Accordingly, it is HEREBY ORDERED that:

1.    Attorney Victor Nasser's motion to withdraw, ECF No. 24, is GRANTED;

2.    The Clerk of the Court is directed to update the docket to terminate attorney Nasser, reflect Petitioner's pro se status, and update Petitioner's contact information:

> California City Immigration Processing Center
> Orestes Cabrera Alfonso, A#074-124-585
> 22844 Virginia Blvd.
> California City, California 93505

3.    The Clerk of Court is directed to serve a copy of this order on Petitioner at Petitioner's mailing address listed above.

Dated:  August 4, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2